IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMMEL ANTOLIN,<br><br>    Debtor. | Case No. 2:23-MC-00366-MCE-JDP<br><br>**FINAL ORDER<br>OF GARNISHMENT**<br><br>Criminal Case No. 2:08-CR-00318-MCE |
| DEXCOM, INC 401(K) PLAN, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, LLC and WELLS FARGO CLEARING SERVICES, LLC,<br><br>    Garnishees. | |

On October 11, 2023, the United States filed an Application for Writ of Garnishment against Rommel Antolin's ("Debtor") interest in property.  ECF 1.  The Clerk of the Court issued the Writ and Clerk's Notice to Debtor.  ECF 4.  The United States served the Writ and related documents on Garnishees and Debtor.  ECFs 5 and 7.

On October 19, 2023, October 30, 2023, and November 13, 2023, Garnishees served their Acknowledgments of Service and Answers of Garnishee on Debtor and the United States ("Answers").

1   ECFs 6, 10, and 12.  In their Answers, Garnishees stated that they have possession of the following

2   property in which Debtor has an interest.

| Description of Property | Approximate Value | Interest in Property | |
|---|---|---|---|
| Transfer on Death retail brokerage acct no. xxx-xx-xx1423 | $1,255.82 (subject to market fluctuation) | Sole owner | ECF 10 |
| Rollover IRA retail brokerage acct no. xxx-xx-9817 | $8,582.49 (subject to market fluctuation) | Sole owner | ECF 10 |
| Dexcom, Inc 401(k) Plan | $55,636.21 (as of November 9, 2023) | Terminated plan participant, vested owner | ECF 12 |
| Fate Therapeutics, Inc 401(k) Pension Plan | $805.93 (as of November 9, 2023) | Terminated plan participant, vested owner | ECF 12 |

Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishees' Answers, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on December 20, 2023, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 14.  The United States served the findings and recommendations on Debtor on December 27, 2023. ECF 15.  Debtor did not object and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  The Findings and Recommendations for Final Order of Garnishment (ECF 14) are ADOPTED IN FULL;

2.  Garnishees are directed to pay the Clerk of the United States District Court all of the funds held by Garnishee within fifteen (15) days of this Final Order of Garnishment.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:08-CR-00318-MCE) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated: January 23, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT  3