IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROMMEL ANTOLIN,<br><br>            Debtor.<br><br>DEXCOM, INC 401(K) PLAN, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, LLC and WELLS FARGO CLEARING SERVICES, LLC,<br><br>            Garnishees. | Case No. 2:23-MC-00366-MCE-JDP<br><br>**AMENDED ORDER**<br><br>Criminal Case No. 2:08-CR-00318-MCE |

Having reviewed the United States' request for an amended order and good cause appearing, IT IS HEREBY ORDERED THAT:

Fidelity, including Fidelity Investments Institutional Operations Company, LLC, Fidelity Brokerage Services LLC, and Fidelity Management Trust Company, is directed to pay the Clerk of the United States District Court all of the funds it holds in which Debtor has an interest within fifteen (15) days of this order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (2:08-CR-00318-MCE) shall be stated on the payment instrument.

IT IS SO ORDERED.

Dated: March 22, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE