IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMMEL ANTOLIN,<br><br>Debtor.<br><br>DEXCOM, INC 401(K) PLAN, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, LLC, and WELLS FARGO CLEARING SERVICES, LLC,<br><br>Garnishee. | Case No. 2:23-MC-00366-MCE-JDP<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:08-CR-00318-MCE |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on October 17, 2023, is hereby TERMINATED; and

///

///

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: May 29, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT          2